**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 114590
*Attorneys for Plaintiff*

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 24 2018  ★

LONG ISLAND OFFICE
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Paola Velez, individually and on behalf of all others similarly situated,

     Plaintiff,

-against-

Cavalry Portfolio Services, LLC,

     Defendant.

Docket No: 2:18-cv-03795-ADS-AKT

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed against the defendant.

Dated: August 23, 2018

          **BARSHAY SANDERS, PLLC**

          By:  */s David M. Barshay*
          David M. Barshay
          100 Garden City Plaza, Suite 500
          Garden City, New York 11530
          Tel. (516) 203-7600
          Email: *ConsumerRights@BarshaySanders.com*
          Our File No: 114590
          *Attorneys for Plaintiff*

Case closed. SO ORDERED.
*/s/ Arthur D. Spatt*

Arthur D. Spatt, U.S.D.J

          8/24/18
          Date